**BIBIYAN LAW GROUP, P.C.**
Vedang J. Patel (SBN 328647)
*vedang@tomorrowlaw.com*
Megan Lazar (SBN 315007)
*megan@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, MARIA NORA MONTALVO, on behalf of herself and all others similarly situated.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA NORA MONTALVO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBECO, INC., a California Corporation doing business as MOLLIE STONES MARKET; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:25-CV-00759-HSG<br><br>**ORDER GRANTING DISMISSAL OF THIS MATTER WITHOUT PREJUDICE**<br><br>ACTION FILED: November 18, 2024<br>ACTION REMOVED: January 22, 2025. |

Pursuant to the stipulation of the parties and good cause appearing, this matter is hereby dismissed without prejudice in its entirety, with each party to bear its own attorney's fees, costs and litigation expenses.

Dated: 7/21/2026

Haywood S. Gill Jr.

UNITED STATES DISTRICT COURT JUDGE